IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL LEJENDER,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 12-05450 SI

**JUDGMENT**

Defendants' motion for summary judgment was granted. Accordingly, judgment is entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 5, 2014

                                                                                              SUSAN ILLSTON
                                                                                              United States District Judge

**United States District Court**
For the Northern District of California